UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES A. KONIKOWSKI )<br>    Plaintiff ) <br> ) <br> v. ) <br> ) <br> AUTO WORLD AUTOMOTIVE ) <br> SUPERSTORES, INC. d/b/a LIA HYUNDAI ) <br> and WELLS FARGO BANK, N.A. d/b/a ) <br> WELLS FARGO DEALER SERVICES ) <br>    Defendants ) <br> ) | CIVIL ACTION NO.<br>3:13-CV-930-MPS<br><br><br><br><br><br><br>OCTOBER 30, 2013 |

NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, James Konikowski, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, JAMES KONIKOWSKI

By: /s/Daniel S. Blinn
    Daniel S. Blinn, Fed Bar No. (ct02188)
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd., Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax (860) 571-7457

## CERTIFICATION

  I hereby certify that on this 30th day of October, 2013, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

            /s/Daniel S. Blinn
            Daniel S. Blinn